# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COLEMAN DASHAWN,

        Petitioner,

v.

W.L. MONTGOMERY,

        Respondent.

Case No. LACV 19-8840-RGK (LAL)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 28, 2021

                              HONORABLE R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE